UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **SUNNI HAM**, | : | VIOLATIONS:  18 U.S.C. § 1591 |
| **Defendant.** | : | (Sex Trafficking of Children ); |
| | : | 18 U.S.C. § 2423(a) |
| | : | (Transportation of a Minor for Prostitution); |
| | : | 18 U.S.C. § 2421 |
| | : | (Transportation of a Person for Prostitution); |
| | : | 22 D.C. Code § 404 |
| | : | (Simple Assault) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Beginning on or about May 1, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, C.P., a minor under the age of 18, knowing that C.P. had not attained the age of 18 years and that C.P. would be caused to engage in a commercial sex.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591)

## COUNT TWO

Beginning on or about May 1, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, knowingly transported an individual, that is, C.P., a minor under the age of 18, in interstate commerce, from Maryland to the

District of Columbia and from the District of Columbia to Maryland, with the intent that C.P. engage in prostitution, a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of a Minor for Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

### COUNT THREE

Beginning on or about May 1, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, S.H., a minor under the age of 18, knowing that S.H. had not attained the age of 18 years and that S.H. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591)

### COUNT FOUR

Beginning on or about May 1, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, knowingly transported an individual, that is, S.H., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia and from the District of Columbia to Maryland, with the intent that S.H. engage in prostitution, a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of Minor for Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

### COUNT FIVE

Beginning on or about April 22, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, knowingly transported Tanisha Taylor in interstate commerce, from Maryland to the District of Columbia, with intent that Tanisha

Taylor engage in prostitution for which a person can be charged with a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of a Person for Prostitution**, in violation of Title 18, United States Code, Section 2421)

## COUNT SIX

Between on or about May 1, 2006, and on or about May 25, 2006, within the District of Columbia, **SUNNI HAM,** unlawfully assaulted and threatened Tanisha Taylor in a menacing manner.

(**Simple Assault**, in violation of Title 22, District of Columbia Code, Section 404 (2001 ed.).)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia