UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-040(JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUNNI HAM** | : | |
| **Defendant** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov, and Assistant United States Attorney Precious Murchison at telephone number 202-307-6080 and/or email address: Precious.Murchison@usdoj.gov. This is also notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Catherine K. Connelly
Assistant United States Attorney
Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

_____
Precious Murchison
Assistant United States Attorney
Maryland Bar
555 4th Street, N.W. #4840
Washington, D.C. 20530
(202) 307-6080; Fax: 353-9414