# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-040 | MAGIS. NO: |
|---|---|---|
| V.<br><br>SUNNI HAM | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Sunni Ham | FILED<br>MAR 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

SEX TRAFFICKING OF CHILDREN;

TRANSPORTATION OF A MINOR FOR PROSTITUTION;

TRANSPORTATION OF A PERSON FOR PROSTITUTION;

SIMPLE ASSAULT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18:1591; 18:2423(a); 18:2421; and D.C. Code 404

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: ALAN KAY<br>U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY<br>U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>2/22/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>2/22/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/5/07<br>DATE EXECUTED 3/5/07 | NAME AND TITLE OF ARRESTING OFFICER<br>William Jessup, Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE:   Yes      No  X | | OCDETF CASE:   Yes    No  X |