UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.  Cr. No. 07-40 (JDB/JMF)

**SUNNI HAM,**

**Defendant.**

### DETENTION MEMORANDUM

This defendant appeared before me upon the application of the United States that he be detained pending trial. There is no question that the defendant qualifies for such detention because of the crimes with which he is charged and that there is a presumption in favor of his detention.

The grand jury charges that the defendant transported two sixteen year old girls, who were prostitutes in Baltimore, to the District of Columbia to ply their trade with him as their pimp. He also had a adult prostitute working for him and the grand jury charges that he struck her. The defendant has now completed a term of probation on a gun offense in Maryland, his only criminal offense. He is a barber and lives with his wife and family in Maryland.

I considered whether this defendant could be placed in the high intensity supervision program but the Pre-Trial Services Agency investigated the matter and learned that he does hot have a phone at his home and therefore is ineligible for placement in that program. Defendant's counsel pressed upon me halfway house placement but there was inadequate time to investigate whether there was a vacancy

permitting that placement.  Given the limited time available between the hearing and the defendant's appearance before Judge Bates in the morning, I have decided that the fairest thing to do is to grant the government's motion for detention, without prejudice to the defendant's seeking either placement in the high intensity supervision program or confinement before Judge Bates.  In the alternative, Judge Bates, if he sees fit, can return the matter to me for a final decision on the government's motion.  I have directed that a Pre-Trial Services Agency representative be present before Judge Bates tomorrow morning.

                                                  _____/s/_____
                                                  JOHN M. FACCIOLA
March 8, 2007                                UNITED STATES MAGISTRATE JUDGE