UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-040(JDB) |
| v. | : | **FILED** |
| SUNNIHAM | : | MAR 1 2 2007 |
| Defendant | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

WHEREUPON, having considered the Government's oral motion that the Defendant be ordered to stay away from and have no contact with _____, it is hereby

**ORDERED,** that the Government's motion is hereby GRANTED, and the defendant is ordered to have neither direct nor indirect contact with _____.

Dated: March 12, 2007

_____
John D. Bates
United States District Judge

cc:

Catherine K. Connelly
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

Shawn Moore
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004