IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0040 (JDB) |
| V. | ) |
| | ) |
| **SUNNI HAM** | ) |

### MOTION FOR CHANGE IN CONDITIONS OF RELEASE

Defendant Sunni Ham, through counsel, respectfully moves the Court to modify his condition of release from bondless detention to release into the community with whatever conditions, e.g, high intensity supervision, or alternatively, halfway house placement the Court deems appropriate. As grounds, counsel states as follows:

1. Mr. Ham was arraigned on charges sex trafficking of children (two counts), transportation of a minor for prostitution (two counts), transportation of a person for prostitution, and simple assault before Magistrate Judge Facciola on March 5, 2007. At that time the government sought and received a three day hold respecting Mr. Ham for a detention hearing.

2. At the detention hearing on March 8, 2007, the government sought to hold Mr. Ham without bond pending further proceedings on the ground that he is a danger to the community. Counsel for Mr. Ham requested that he be placed in high intensity supervision (electronic monitoring) or, alternatively, in a halfway house. However, on the day in question Mr. Ham could not qualify for intensive supervision because there was not a telephone at his residence. Judge Facciola also declined halfway house placement as he believed that there was not bed space available. However he noted that counsel might raise the issue before this Court, as a status hearing was scheduled for March 9, 2007.

3. Since the detention hearing before Judge Facciola, a telephone has been installed in Mr. Ham's residence. The phone and the number have been verified by Pretrial Services, and that agency has informed counsel that Mr. Ham is eligible for the high intensity supervision program.

For the reasons stated in the accompanying Memorandum of Points and Authorities in Support of the Motion for Changes in Conditions of Release, counsel and Mr. Ham ask that the Court modify the current condition and order placement in the high intensity supervision program, or, alternatively in a halfway house.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


By: _____
Shawn Moore
Assistant Federal Public Defender
Attorney for Sunni Ham
DC Bar#214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/501-3829