IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0040 (JDB) |
| V. | ) |
| | ) |
| **SUNNI HAM** | ) |

**ORDER**

Defendant Ham moved for a modification of his conditions of release, and good cause shown, it is hereby **ORDERED**, that the motion is granted in the following particulars:

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE