UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **07-040 (JDB)** |
| v. | : | VIOLATIONS:  18 U.S.C. § 1591 |
| | : | (Sex Trafficking of Children ); |
| **SUNNI HAM**, | : | 22 D.C. Code § 2705 |
| **Defendant.** | : | (Pandering); |
| | : | 22 D.C. Code § 404 |
| | : | (Simple Assault) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Beginning on or about May 1, 2006, and continuing until on or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **SUNNI HAM**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, C.P., a minor under the age of 18, knowing that C.P. had not attained the age of 18 years and that C.P. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591)

### COUNT TWO

On or about May 1, 2006, and continuing until on or about May 19, 2006, the defendant, **SUNNI HAM**, did receive money and/or a valuable item for or on account of arranging for or causing S.H. to have sexual intercourse with another person, or to engage in prostitution, debauchery, or some other immoral act.

(**Pandering**, in violation of Title 22, District of Columbia Code, Section 2705)

## COUNT THREE

On or about May 23, 2006, within the District of Columbia, **SUNNI HAM,** unlawfully assaulted and threatened Tanisha Taylor in a menacing manner.

(**Simple Assault**, in violation of Title 22, District of Columbia Code, Section 404 (2001 ed.).)

                JEFFREY A. TAYLOR
                Attorney of the United States in
                and for the District of Columbia
                Bar No. 498-610

BY: _____
        CATHERINE CONNELLY
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4844
        Washington, D.C. 20530
        (202) 616-3384