UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case No. 07-40 |
| | ) |
| SUNNI HAM | ) |

FILED
APR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **SUNNI HAM**, the above-name defendant, who is accused of

~~Transportation of a Minor for Prostitu~~tion
~~18 usc 2421~~

PANDERING   22 DCC 2705   SM SH

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **April 4, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: April 4, 2007
Judge John D. Bates