**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0040 (JDB) |
| V. | ) |
| | ) |
| **SUNNI HAM** | ) |

**MOTION FOR TRANSFER TO CORRECTIONAL TREATMENT FACILITY**

  Defendant Sunni Ham, through counsel, respectfully moves the Court to order his transfer from the District of Columbia Detention Facility (D.C. Jail) to the Correctional Treatment Facility (CTF)  As grounds, counsel states as follows:

  1.  Mr. Ham was arraigned on charges sex trafficking of children (two counts), transportation of a minor for prostitution (two counts), transportation of a person for prostitution, and simple assault before Magistrate Judge Facciola on March 5, 2007.  On April 4, 2007,  Mr. Ham pled guilty before this Court  to one count of sex trafficking, one count of pandering, and one count of simple assault.

  2.  Mr. Ham is held without bond pending sentencing.  He requests transfer to CTF for medical treatment of an injury to his leg, and also to commence treatment in a drug program.  It is undersigned counsel's experience that medical treatment and programming at CTF are superior to that at the jail.

  Accordingly, for the foregoing reasons and any others that may appear to the Court, Mr. Ham asks that the instant motion be granted.

        Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

By:    _____/s/_____
        Shawn Moore
        Assistant Federal Public Defender
        Attorney for Sunni Ham
        DC Bar#214171
        625 Indiana Avenue, NW #550
        Washington, DC 20004
        202/208-7500
        Fax/501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0040 (JDB) |
| V. | ) |
| | ) |
| **SUNNI HAM** | ) |

**ORDER**

Defendant Ham having moved for a transfer to the CTF facility, and good cause shown, it is hereby **ORDERED**, that the motion is granted.

This, the _____ Day of April, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE