UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNNI HAM,<br><br>Defendant. | Criminal Action No. 07-040 (JDB)<br><br>**FILED**<br>APR 1 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's motion for transfer to the D.C. Correctional Treatment Facility, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that defendant Sunni Ham (PDID No. 456-060) shall be transferred to the D.C. Correctional Treatment Facility.

                                              JOHN D. BATES
                                          United States District Judge

Date: April 13, 2007