HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-0040-01</u> |
| vs. | : | |
| HAM, Sunni | : | Disclosure Date: <u>May 7, 2007</u> |

**FILED**

JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       _____
Prosecuting Attorney                                Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✔) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signature]*                                                   *[signature Shauern Moore]*
Defendant           Date                          Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 21, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                      Page 2

First, the ultimate calculation fails to give Mr. Ham the 3 points for acceptance of responsibility. At most, Mr. Ham's offense level should be 27. However, there also should not be grouping in calculating the sentence. There is only one federal charge. The federal charge involving the second juvenile was dismissed. Accordingly, there are no federal counts to group. The Court, we submit, should calculate the DC charges pursuant to DC guidelines and sentence, we would ask, concurrently. Without the "grouping", Mr. Ham's offense level for the federal charge should be

Signed by: Shawn Moore
(Defendant/Defense Attorney/AUSA)

Date: May 22, 2007