HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-07-0040-01 |
| vs. | : | |
| HAM, Sunni | : | Disclosure Date: May 7, 2007 |

**FILED**
**JUN 1 2 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          5/18/07
Prosecuting Attorney                                  Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____          _____   _____
Defendant           Date                                 Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 21, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Receipt and Acknowledgment, Page 2                    Sunni Ham, 07-040

### Charges and Convictions

¶ 2: Count one of the Superceding Information charged the defendant with Sex Trafficking of Children, not Conspiracy to Commit Sex Trafficking of Children.

### Victim Impact

¶ 11: The United States Attorney's Office has sent Victim Impact Statement forms to the two minor victims (C.P. and S.H.), but has not yet received a response.

### Custody

¶ 91: The guideline range in this paragraph does not take into account a three level decrease for acceptance of responsibility.

Signed by: Catherine K. Connelly
Assistant United States Attorney
May 18, 2007

TOTAL P.03