Leave to file GRANTED

_John D. Bates_  6/13/07
John D. Bates
United States District Judge

07-40

June 7, 07

To The Honorable Judge John Bates
District Court, Washington, D.C.

FILED

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honor,
Now I greet you this day by saying
good day Sir. My name is
Sunni Ali Ham and I am before
your honors bench awaiting sentencing
to take place on June 12th, 2007.
    Judge Bates, writing this letter
today is for me a very difficult
task. Where does a man start
when he makes a crucial mistake
to reevaluate his life, when his
error has brought about actions
geared toward his demise?

(2)

Yet, I have looked at my life and my actions and I truly see what my mistakes have cost me.

I also understand why I couldn't stray off the path of being honest, hard working and productive. Nothing can replace the rewards of a good work ethic.

Your Honor, its hard for me to express what i am feeling right now. Looking at my life, my untimely errors and all I have done out of ignorance of life itself... its no wonder why my heart stands convicted. My heart has been pricked in a sordid way, (like) when you see all you have worked hard for get pulled right out from under you, because you failed to see the consequence of your actions.

(3)

Judge Bates, the pain I feel right now runs deep and the more I contemplate my untimely errors, the more I see how stupidity has outwitted me.

I am responsible Judge Bates, for the lives of eight children, including a new born son, a new bride and a host of other family members. And I realize more as every day goes by that my success is their future. The hard part to this equation is when I fail to succeed, their future is altered and in some cases... no future at all.

This being (the) case your honor, I want you to know that I have worked as a licensed barber for 8 years. For three concurrent years, I have worked at Lee's Babar Shop, located

(4)

in the heart of Capitol Hill. Also,
I do vending' as a side venture.
Even with such ventures that
kept me productive, all the hindsight
in the world, didn't allow me to
see how stupidity would outwit me.

This is why my nights are sleepless,
days are restless and shame and
disgrace ride my thoughts relentlessly.
I have failed those I love, the ones
who love me ... most of all sir, I
failed myself.

I am not going' to continue
on your honor. I just wanted this
letter to provide some insight
to who I am and what the error
of my ways' has done to make me
see the truth of my actions.

(5.)

Its not easy being a young black MAN IN America, especially having been raised in the nations capitol. I am not using this as a crutch or as a reason to avoid the consequence of my actions.

You see sir, Judge Bates, I need the leancy of the courts and the mercy of your honor's heart. I need any thing that your honor has to offer my life, so I may return a better MAN. You see their is no doubt Judge Bates that I am going to do time. But, I pray that Gods forgiveness, will grant me the courts mercy.

Thank your honor for indulging me in this manner and for lending your time and patience to a voice in the wilderness.

Conclusion.

I wish you GODSPEED,...
until the day of sentencing may
his wise eyes guide your "HEART".

Respectfully Yours,

Sunni Han